SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
HAROLD J. MILSTEIN, Cal. Bar No. 145074
hmilstein@sheppardmullin.com
JAMES M. CHADWICK, Cal. Bar No. 157114
jchadwick@sheppardmullin.com
CHELSEAA BUSH, Cal. Bar No. 228771
cbush@sheppardmullin.com
379 Lytton Avenue
Palo Alto, California  94301
Telephone:    650-815-2600
Facsimile:    650-815-2601

Attorneys for Plaintiff
ALIGN TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>RADIO FREQUENCY SYSTEMS FRANCE, a French Société par actions simplifiée, and RADIO FREQUENCY SYSTEMS, INC., a Delaware corporation,<br><br>                    Defendants. | Case No. 3:15-cv-03450-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE HONORABLE COURT:

The parties to this action have now reached a full settlement of the subject matter of this lawsuit. Plaintiff Align Technologies, Inc. ("Align"), by its counsel, hereby voluntarily dismisses this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

Dated: February 10, 2016                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By   */s/ James M. Chadwick*
HAROLD J. MILSTEIN
JAMES M. CHADWICK
CHELSEAA BUSH
Attorneys for Plaintiff
ALIGN TECHNOLOGY, INC.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Santa Clara, State of California. My business address is 379 Lytton Avenue, Palo Alto, CA 94301-1479.

On February 10, 2016, I served true copies of the following document(s) described as **NOTICE OF VOLUNTARY DISMISSAL** on the interested parties in this action as follows:

| | |
|---|---|
| Dr. Matthew J. Kemner<br>CARROLL, BURDICK & McDONOUGH LLP<br>44 Montgomery Street, Suite 400<br>San Francisco, CA 94104-4606<br>Email: MatthewK@cbmlaw.com | Counsel for Defendants RADIO FREQUENCY SYSTEMS FRANCE, and RADIO FREQUENCY SYSTEMS, INC. |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address rregnier@sheppardmullin.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 10, 2016, at Palo Alto, California.

_____
Robin P. Regnier